IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DALE GRIMM | : | Case No. 3:21cv12 |
| Plaintiffs, | : | District Judge Walter H. Rice |
| vs. | : | |
| MARK DONNATELLI, et al. | : | |
| Defendants. | : | |

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

Given that plaintiff is proceeding pro se, the Clerk of Courts is directed to refer the above-captioned action to a United States Magistrate Judge for the Southern District of Ohio, pursuant to General Order 13-01.

IT IS SO ORDERED.

_____
WALTER H. RICE
United States District Judge