IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DALE GRIMM,

    Plaintiff,

    vs.

MARK DONATELLI, *et al.*,

    Defendants.

Case Nos. 3:21cv12

JUDGE WALTER H. RICE

---

ENTRY DISMISSING CAPTIONED CAUSE FOR WANT OF PROSECUTION; TERMINATION ENTRY

---

On December 29, 2021, this Court filed an Order (Doc. #12) which directed Plaintiff to show cause within 20 days of said Order why the captioned cause should not be dismissed. Plaintiff's response date was January 18, 2022.

On this date, February 11, 2022, Plaintiff is some three plus weeks overdue to file a response to this Court's December 29, 2021, Order.

Accordingly, the captioned cause is ordered DISMISSED, without prejudice, for want of prosecution.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 11, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Dale Grimm, *Pro Se*

2